## (October 10, 1973)

In the Matter of PHILIP E. HOTTINGER, Respondent, v. FRANK COVENEY et al., Constituting the Board of Elections of Suffolk County, Appellants.— Judgment of the Supreme Court, Suffolk County, entered October 5, 1973, affirmed, without costs. No opinion. Leave to appeal from this determination to the Court of Appeals is granted to appellants. Hopkins, Acting P. J., Gulotta, Brennan and Benjamin, JJ., concur.